**Order filed September 24, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00576-CV
_____

**ZANTA L. STROUD-SIMMONS, Appellant**

**V.**

**AMERICAN RESIDENTIAL LEASING COMPANY, Appellee**

---

**On Appeal from County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1062578**

---

# O R D E R

The notice of appeal in this case was filed July 8, 2015. Appellant filed an affidavit of indigence in this court in error. The affidavit was sent to the trial court clerk. See Tex. R. App. P. 20.1(c)(1). On February 25, 2015, a partial clerk's record was filed reflecting that on September 1, 2015, the trial court signed an order sustaining a contest to appellant's claim of indigence.

Texas Rule of Appellate Procedure 20.1 governs the procedures to establish indigence on appeal. See Tex. R. App. P. 20.1. The rule requires a party claiming indigence who seeks review of the trial court's order sustaining a contest to file his challenge "within 10 days after the order sustaining the contest is signed, or within 10 days after the notice of appeal is filed, whichever is later." Tex. R. App. P. 20.1(j)(2). As of this date, appellant has not filed a motion challenging the trial court's order.

Accordingly, appellant is ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **October 9, 2015**. *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM